# UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED
2013 DEC 12 P 1:34
DISTRICT COURT

3:13CV1833 (JBA)

Kenzinc llc,

Plaintiff

v.

Civil Action No.

imblowingup LLC, Jarred Allen and Tiffany Upshaw

Defendant

**COMPLAINT FOR PATENT INFRINGEMENT**

1. Statement of Jurisdiction. The plaintiff Kenzinc llc is a single member limited liability company in Connecticut, at 280 Judd Road, Easton CT 06612. The defendant Jarred Allen is a resident of Texas with a limited liability company imblowingup LLC residing in Texas at 4811 Fair Oak Dale Lane, Humble, TX 77346-1866. Also included in this filing is Tiffany Upshaw Cofounder and of the below mentioned infringing product and, residing in Fort Meyers Florida. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332.
2. This action arises under Article One, Section 8(8) of the U.S. Constitution. The Congress shall have power ... To promote the progress of science and useful arts, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries, causing irreparable harm.
3. On 28th of October 2008, United States Letters Patent No. US7441676 were issued to the plaintiff for an invention on a Device for Dispensing Media. The plaintiff owned the patent throughout the period of the defendant's infringing acts and still owns the patent.
4. The defendant has infringed and is still infringing the Letters Patent by making, selling, and using "THE SCOOPIE" that embody the patented invention, and the defendant will continue to do so unless enjoined by this court.
5. The plaintiff has complied with the statutory requirement of placing a notice of the Letters Patent on "SCOOP E-Z" it manufactures and sells and has given the defendant written notice of the infringement.

Therefore, the plaintiff demands:

(a) a preliminary and final injunction against the continuing infringement;
(b) an accounting for damages; and
(c) interest and costs.

Date: 12/12/13

Kenzinc llc
280 Judd Road, Easton CT 06612
Single Member Drew Pickering Jr. Pro Se.
drew@kenzinc.com
203-307-5369